IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 08-10655 |
| ANDRIUS AUGUNAS | ) | Honorable Pamela S. Hollis |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hearing Date: December 17, 2009 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**To:**   *U.S. Trustee, William T. Neary.
          See Attached Service List

PLEASE TAKE NOTICE that on Thursday, December 17, 2009, at 10:00 a.m., we will appear before the Honorable Pamela S. Hollis, Courtroom 644, United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Trustee's Motion to Authorize the Sale of Diamond Ring,** a copy of which is attached hereto and served upon you herewith.

Dated: November 24, 2009                      /s/ David P. Leibowitz
                                              Chapter 7 Trustee


## Certificate of Service

On November 24, 2009, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Waukegan, Illinois. Those marked with an * were served via electronic service.

                                              /s/Virginia Elliott
                                              Paralegal


David P. Leibowitz (Attorney ID 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

Chicago Avenue Pointe VI Condo Association/K
700 W Grand Ave
Suite C1
Chicago, IL 60654-5095

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

200 West Madison, LLC.
Daniel Almer
Tishman Speyer
200 West Madison St., Suite 1130
Chicago, IL 60606-3597

2100 S. Indiana Development Group
c/o 1171 Lindenwood Dr.
Winnetka, IL 60093

2300 S. Michigan Development Group
1 E Wacker Drive, Suite 3100
Chicago, IL 60601-1920

2800 W. Chicago Development Group
c/o 1171 Lindenwood Dr.
Winnetka, IL 60093

Alexei Doubovik
270 East Pearson, #1402
Chicago, IL 60611-2696

American Chartered Bank
932 W. Randolph St.
Chicago, IL 60607-2219

American Express
777 American Expressway
Fort Lauderdale, FL 33337-0002

American Express
Cardmember Information Services
P.O. Box 981527
El Paso, TX 79998-1527

American Express
Customer Service
P.O. Box 297804
Fort Lauderdale, FL 33329-7804

American Express
P.O. Box 297812
Fort Lauderdale, FL 33329-7812

American Express Bank FSB
c o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Ariel Weissberg Esq.
401 S. LaSalle St. Ste. 403
Chicago, IL 60605-1079

Athanasopoulos/Marinakis
c/o Robert Habib
77 W. Washington
Suite 411
Chicago, IL 60602-3325

Avalon Development Group, LLC
c/o 1171 Lindenwood Dr.
Winnetka, IL 60093-3721

Bank of America
P.O. Box 15480
Wilmington, DE 19850-5480

Bank of America
P.O. Box 2463
Spokane, WA 99210-2463

Bank of America
P.O. Box 53101
Phoenix, AZ 85072-3101

Barack Ferrazzano Kirschbaum, et al
Attn: Howard Nagelberg
200 W. Madison, Suite 3900
Chicago, IL 60606-3459

(c)BURKE, BURNS & PINELLI, LTD.
ATTN: MARY ANN MURRAY
70 W MADISON ST STE 4300
CHICAGO IL 60602-4229

CHASE BANK USA
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CHASE BANK USA, NA
PO BOX 15145
WILMINGTON, DE 19850-5145

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6000
The Lakes, NV 89163-0001

Codilis & Associates
Ref: 14-08-06364
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527-6921

Countywide Home Loans, Inc. (p)
MSN 314B
P.O. Box 5170
Simi Valley, CA 93062-5170

Crowley Barrett & Karaba, Ltd.
Attn: Tonya Parravano
20 S. Clark St., Ste. 2310
Chicago, IL 60603-1806

EREF Mezzanine Fund, LLC
Attn: Michael W. Husman
1200 N. Ashland Ave., Ste. 600
Chicago, IL 60622-8311

EREF Mezzanine Fund, LLC
c/o William Choslovsky
DLA Piper US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1263

East Bank Club
500 N. Kingsbury Street
Chicago, IL 60654-5799

Edita Auguniene
1171 Lindenwood Dr.
Winnetka, IL 60093-3721

FIA CARD SERVICES, N.A./BANK OF AMERICA
by American InfoSource L.P. as its agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Fifth Third Bank
P.O. Box 630412
Cincinnati, OH 45263-0412

First DuPage Bank
c/o William Serritella
33 North Wabash Ste 1700
Chicago, IL 60602

First Dupage Bank
Attn: Loan Department
520 North Cass Avenue
Westmont, IL 60559-1500

Flagstar Bank
Mail Stop S-115-3
5151 Corporate Dr.
Troy, MI 48098-2639

HSBC Bank, USA
c/o O'Malley & Madden, P.C.
542 S. Dearborn St., Ste. 660
Chicago, IL 60605-1508

Hamilton Equity Group LLC
Laurie A France
Po Box 201
Buffalo, NY 14201-0201

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

IndyMac Bank, F.S.B.
Attn: Homebuilder Division
155 North Lake Avenue, LK11-19
Pasadena, CA 91101-1812

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jackson Avenue Heights, LLC
c/o 1171 Lindenwood Dr.
Winnetka, IL 60093-3721

Kenig, Lindgren, O'Hara, Aboona, Inc.
9575 W. Higgins Road, Suite 400
Rosemont, IL 60018-4915

Lippitz Orthodontics
7070 N. Western Ave.
Chicago, IL 60645-3467

MB Financial Bank, N.A.
6111 North River Road
Rosemont, IL 60018-5158

MB Financial Bank, NA
6111 N. RIver Road, 9th Floor
Rosemont, IL 60018-5158

MasterCall Communications
50 Broadway, Suite 1109
New York, NY 10004-3836

Mercedes-Benz Financial
Attn: Payoff-9001886
6716 Grade Ln., Bldg 9, Ste. 910
Louisville, KY 40213-3410

Mercedes-Benz Financial
P.O. Box 9001886
Louisville, KY 40290-1886

Neiman Marcus
P.O. Box 720848
Dallas, TX 75372-0848

Northside Community Bank
Attn: Ms. Courtney A. Clausen
1155 Milwaukee Ave.
Riverwoods, IL 60015-3515

Northside Community Bank
c/o Kalchein Haber, LLP/J. Ross
134 N. LaSalle St., Ste. 2100
Chicago, IL 60602-1124

PYOD LLC its successors and assigns as assig
Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Peter Wall
Petacque & Wall, LLC
1200 N. Ashland Ave., Ste. 600
Chicago, IL 60622-8311

Prestige Leasing
88 E. Dundee Road
Buffalo Grove, IL 60089-4384

Robert N. Sodikoff, Esq.
Aronberg, Goldgehn, Davis & Garmisa
330 N. Wabash, Suite 3000
Chicago, IL 60611-3779

Rokas International, Inc.
c/o 1171 Lindenwood Dr.
Winnetka, IL 60093-3721

Saks Fifth Avenue Credit Card Inqui
P.O. Box 10327
Jackson, MS 39289-0327

Sedgwick Properties Dev. Corp.
1525 W. Homer St., Ste. 401
Chicago, IL 60642-1296

Sedgwick Properties Dev. Corp.
Thompson Coburn LLP/G. Keysor, Esq.
55 E. Monroe St., 40th Floor
Chicago, IL 60603-5713

Soloventure, Inc.
c/o Alexander Domanskis
205 N. Michigan Ave., Ste. 4307
Chicago, IL 60601-5925

Soloventure, Inc.
c/o David Cohen
55 West Madison St, Ste 600
Chicago, IL 60602

VSOP Management and Investments
c/o Ariel Weisberg
401 S Lasalle St Ste 403
Chicago, IL 60605-1079

VSOP Management and Investments, Inc.
601 Skokie Blvd., Suite 503
Northbrook, IL 60062-2821

Washington Mutual Bank
Loss Mitigation Department
7255 Baymeadows Way
Jacksonville, FL 32256-6851

Weissberg and Associates, Ltd.
Attn: Ariel Weissberg, Esq.
401 S. LaSalle St., Ste. 403
Chicago, IL 60605-2993

William S. Schwartz
Levenfeld Pearlstein, LLC
400 Skokie Blvd., Ste. 700
Northbrook, IL 60062-7934

Zev Karkomi
Two North LaSalle St., Ste. 725
Chicago, IL 60602-4047

Andrius Augunas
Laisves al. 38a-14, 3000 Kaunas
Lithuania

Michael L Ralph Sr
Ralph, Schwab & Schiever, Chtd
175 E Hawthorn Pkwy Ste 345
Vernon Hills, IL 60061-1460

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Bankruptcy No. 08-10655 |
| ANDRIUS AUGUNAS ) | Honorable Pamela S. Hollis |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Hearing Date: December 17, 2009 |
| ) | Hearing Time: 10:00 a.m. |

## MOTION TO AUTHORIZE THE SALE OF DIAMOND RING

NOW COMES DAVID P. LEIBOWITZ, Chapter 7 Trustee for the Bankruptcy Estate of Andrius Augunas, ("Debtor"), herein, and respectfully requests that this Honorable Court enter an order authorizing the Trustee to sell Trustee's interest in a Diamond Ring property of the estate through Finer Jewelry, Inc. pursuant to Bankruptcy Code § 363 (b). In support thereof, Trustee states as follows:

1. Debtor filed his voluntary petition for relief under Chapter 7 on April 29, 2008. David P. Leibowitz was appointed Chapter 7 Trustee for the Estate of Andrius Augunas on that date and no Trustee was elected, thus David P. Leibowitz is the permanent Trustee in this case.

2. On May 22, 2008 the first meeting of creditors according to Section 341 of the Bankruptcy Code was continued to June 12, 2008.

3. On June 12, 2008 the continued first meeting of creditors was held and the Debtor was present.

4. Among the assets of this Estate is a 5.49 carat Round Brilliant Cut Diamond $VS_2$ Clarity, K Color, and ring with small diamonds, which Trustee has determined to have an approximate retail value of $65,000.00. Trustee has informally marketed the ring with the assistance of jewelry broker Atalie Finer for more than 8 months. Trustee with the assistance of Atalie Finer

has now received an offer to purchase the ring for $47,000.00 (see Exhibit A) from an undisclosed buyer who wishes to remain anonymous, less commission and expenses (see Exhibit B) totaling as follows:

| | |
|---|---|
| Buyer's Offer | $ 47,000.00 |
| Commission to Finer Jewelry, Inc. | ($4,700.00) |
| GIA certificate for the 5.9 ct. stone | ($ 472.00) |
| Shipping ring to GIA through Brinks | ($  75.30) |
| Balance due to estate | $ 41,752.70 |

WHEREFORE, Trustee requests that he be authorized to sell the 5.49 carat Round Brilliant Cut Diamond $VS_2$ Clarity, K Color, and ring with small diamonds through Finer Jewelry, Inc. to an undisclosed buyer who wishes to remain anonymous, for the amount of $47,000.00 minus commission and costs as noted and for such other and further relief as is just.

    Respectfully submitted,

    /s/David P. Leibowitz
    Chapter 7 Trustee

David P. Leibowitz
Attorney ID 1612271
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
847.249.9100
dleibowitz@lakelaw.com