**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-10655-PSH |
| | § | |
| ANDRIUS AUGUNAS | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/29/2008. The undersigned trustee was appointed on 04/29/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $47,015.65

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $12,378.17 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $34,637.48 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/08/2008 and the deadline for filing government claims was 09/08/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,451.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,451.42, for a total compensation of $5,451.42[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $73.76, for total expenses of $73.76.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/26/2010      By: /s/ David P. Leibowitz
                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 08-10655-PSH | |
| **Case Name:** | AUGUNAS, ANDRIUS | |
| **For the Period Ending:** | 10/26/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 04/29/2008 (f) |
| **§341(a) Meeting Date:** | 05/22/2008 |
| **Claims Bar Date:** | 09/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unscheduled Asset- TILA **(u)** | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Possible TILA | | | | | |
| 2 | Real Estate | $1,950,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 1171 Lindenwood Drive, Winnetka IL 60093 | | | | | |
| 3 | CASH ON HAND | $200.00 | $200.00 | DA | $0.00 | FA |
| 4 | BANK ACCOUNTS | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 0917062531 | | | | | |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| **Asset Notes:** | Bedroom #1 furniture, Sony tv, Sony desktop computer printer | | | | | |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | $1,025.00 | $1,025.00 | DA | $0.00 | FA |
| **Asset Notes:** | Child bedroom #2 furniture, electronics | | | | | |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | $3,675.00 | $3,675.00 | DA | $0.00 | FA |
| **Asset Notes:** | Bedroom #3 childs room | | | | | |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | $1,625.00 | $1,625.00 | DA | $0.00 | FA |
| **Asset Notes:** | Bedroom #5 master bedroom | | | | | |
| 9 | BOOKS AND ART OBJECTS | $600.00 | $600.00 | DA | $0.00 | FA |
| **Asset Notes:** | Library, books, | | | | | |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS | $31,500.00 | $31,500.00 | DA | $0.00 | FA |
| **Asset Notes:** | Basement home theatre system | | | | | |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 | $2,500.00 | DA | $0.00 | FA |
| **Asset Notes:** | Family room furniture | | | | | |
| 12 | BOOKS AND ART OBJECTS | $150.00 | $150.00 | DA | $0.00 | FA |
| **Asset Notes:** | CD's, Ipod nano | | | | | |
| 13 | WEARING APPAREL | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Mens wearing apparel | | | | | |
| 14 | FURS AND JEWELRY | $5,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Hublot Watch Purchased for 12k current market value unknown trustee return watch to debtor though his attorney | | | | | |
| 15 | FIREARMS AND HOBBY EQUIPMENT | $25.00 | $25.00 | DA | $0.00 | FA |
| **Asset Notes:** | 1 digital pocket camera | | | | | |
| 16 | FIREARMS AND HOBBY EQUIPMENT | $125.00 | $125.00 | DA | $0.00 | FA |
| **Asset Notes:** | Childrens bicycles 3 | | | | | |
| 17 | FIREARMS AND HOBBY EQUIPMENT | $125.00 | $125.00 | DA | $0.00 | FA |
| **Asset Notes:** | 2 tennis racquets | | | | | |
| 18 | FIREARMS AND HOBBY EQUIPMENT | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Two adult bicycles apx 3 years old. | | | | | |

Case 08-10655 Doc 73 Filed 10/26/10 Entered 10/26/10 13:46:37 Desc Main
Document Page 4 of 12

FORM 1
Page No: 2
Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 08-10655-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | | Date Filed (f) or Converted (c): | 04/29/2008 (f) |
| For the Period Ending: | 10/26/2010 | | §341(a) Meeting Date: | 05/22/2008 |
| | | | Claims Bar Date: | 09/08/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 | INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 10 mil in term life insurance policy no cash surrender value, Guardian Life Insurance Co., 3900 Burgess Place, Bethlehem PA 18017 No. 6007835 ref # N917E. Andrius is the insured. | | | | | |
| 20 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Avalon Development Group LLC58% membership interest, 42% is owned by AM1 Realty LLC- Agent vacated. | | | | | |
| 21 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 224 S. Oakley Development Group LLC 100% membership interest- not in good standing | | | | | |
| 22 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2100 S. Indiana Development Group LLC 100% membership interest- not in good standing | | | | | |
| 23 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2300 S. Michigan Development Group, LLC 100% membership interest | | | | | |
| 24 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2800 W. Chicago Development Group LLC, 100% membership interest- currently in good standing | | | | | |
| 25 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Arena Center, LLC 100% membership interest- currently in good standing. | | | | | |
| 26 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Jackson Avenue Heights LLC 100% membership interest- status in unknown | | | | | |
| 27 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Rokas Intl. Florida Corp. foreign corp authorized to do business in IL, 500 shares of stock- currently in good standing. | | | | | |
| 28 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Rokas Tower and Private Residences LLC 50% membership interest owned by 2020 South Prairie Dev LLC, 50% membership interest owned by Solo Venture. status unknown. | | | | | |
| 29 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Franklin Point Group LLC, 100 % membership Interest, managed by Rokas Intl. in July 2007 currently in good standing. | | | | | |
| 30 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Franklin Point Dev LLC, 100% membership interest managed by Augunas in July 2007 in goodstanding. | | | | | |
| 31 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Franklin Point Dev LLC, Organized Feb 2007 100% membership interest not in good standing. | | | | | |
| 32 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2020 S. Prairie Dev. LLC Organized on June 2006, 100% membership interest- agent vacated. | | | | | |
| 33 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Harrison & Wells LLC 33 1/3% membership owned by Franklin Point and 66 2/3 % owned by Kar H & W LLC Organized in Aug 2007 | | | | | |

FORM 1

Page No: 3

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 08-10655-PSH | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | AUGUNAS, ANDRIUS | | **Date Filed (f) or Converted (c):** | | 04/29/2008 (f) |
| **For the Period Ending:** | 10/26/2010 | | **§341(a) Meeting Date:** | | 05/22/2008 |
| | | | **Claims Bar Date:** | | 09/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| currently in good standing | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 34 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2312 West Jackson Group LLC 100% membership interest voluntariy dissolved in May 2006. | | | | | |
| 35 | TAX REFUNDS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2007 tax return filing pending and tax/refund unascertainable at present time. No tax refund as far trustee is concerned. | | | | | |
| 36 | AUTOMOBILES AND OTHER VEHICLES | $25,000.00 | $25,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | 2006 Merecedes Benz R350 (leased to Rokas Intl. Inc.) debt of Rokas Int. for which debtor may have personal liability located at residence. | | | | | |
| 37 | AUTOMOBILES AND OTHER VEHICLES | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | 2006 Mercedes Benz CL550 located at residence. Unknown value. | | | | | |
| 38 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | $750.00 | $750.00 | DA | $0.00 | FA |
| **Asset Notes:** | gateway laptop and laser printer. | | | | | |
| 39 | Animal | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | spayed female Westie | | | | | |
| 40 | Other | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** | Membership in East Bank Club, membership may have been cancelled by creditor. | | | | | |
| 41 | 5.49 Carat Round Brillian Cut Diamond (u) | $0.00 | $47,000.00 | | $47,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $15.65 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$2,026,500.00      $117,800.00      $47,015.65      $0.00

**Major Activities affecting case closing:**

    Review records

    Review Real Estate Records

    Beth to take possession of records; catalog

    Beth to gather info re computers; take possession contact DPL re analysis

    Beth to gather info re transfers into Mr. Augunas, Auguniene

    2004 exams re such real estate

    Hiring Bill Factor as special counsel 07/31/09 DPL

    Sold diamond ring

    Ring sold Factor hired $40,000 in estate.12/31/09DPL

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/22/2009 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 08-10655-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | AUGUNAS, ANDRIUS | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******0358 | **Money Market Acct #:** ******2565 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 4/29/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/26/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | 9999-000 | $41,722.77 | | $41,722.77 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.00 | | $41,724.77 |
| 05/18/2010 | 11002 | The Law Office of William J. Factor, Ltd | Fees granted per court order entered on 04/16/2010 | 3210-600 | | $6,450.00 | $35,274.77 |
| 05/18/2010 | 11003 | The Law Office of William J. Factor, Ltd | Reimb. Expenses granted per court order entered on 04/16/2010 | 3220-610 | | $645.80 | $34,628.97 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.41 | | $34,631.38 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $1.46 | | $34,632.84 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $34,632.84 | $0.00 |
| | | | **TOTALS:** | | $41,728.64 | $41,728.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $41,722.77 | $34,632.84 | |
| | | | **Subtotal** | | $5.87 | $7,095.80 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5.87 | $7,095.80 | |

| **For the period of 4/29/2008 to 10/26/2010** | | **For the entire history of the account between 04/06/2010 to 10/26/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $5.87 | Total Compensable Receipts: | $5.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5.87 | Total Comp/Non Comp Receipts: | $5.87 |
| Total Internal/Transfer Receipts: | $41,722.77 | Total Internal/Transfer Receipts: | $41,722.77 |
| | | | |
| Total Compensable Disbursements: | $7,095.80 | Total Compensable Disbursements: | $7,095.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,095.80 | Total Comp/Non Comp Disbursements: | $7,095.80 |
| Total Internal/Transfer Disbursements: | $34,632.84 | Total Internal/Transfer Disbursements: | $34,632.84 |

Page No: 2
Case 08-10655  Doc 73  Filed 10/26/10  Entered 10/26/10 13:46:37  Desc Main
Document  Page 7 of 12
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B

| Case No. | 08-10655-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******0358 | | Money Market Acct #: | ******2565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 4/29/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/26/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2010 | | Finer Jewelry, Inc | | * | $41,752.70 | | $41,752.70 |
| | {41} | | $47,000.00 | 1229-000 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer 10% Commission $(4,700.00) | 3991-500 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer GIA Certification $(472.00) | 3991-500 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer Shipping of the Diamond $(75.30) | 3991-500 | | | $41,752.70 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.41 | | $41,754.11 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.58 | | $41,755.69 |
| 03/04/2010 | 1001 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $35.07 | $41,720.62 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.87 | | $41,722.49 |
| 04/06/2010 | | Wire out to BNYM account ********2565 | Wire out to BNYM account ********2565 | 9999-000 | ($41,722.77) | | ($0.28) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.28 | | $0.00 |
| | | | **TOTALS:** | | $35.07 | $35.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($41,722.77) | $0.00 | |
| | | | **Subtotal** | | $41,757.84 | $35.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $41,757.84 | $35.07 | |

| For the period of 4/29/2008 to 10/26/2010 | | For the entire history of the account between 01/04/2010 to 10/26/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $47,005.14 | Total Compensable Receipts: | $47,005.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,005.14 | Total Comp/Non Comp Receipts: | $47,005.14 |
| Total Internal/Transfer Receipts: | ($41,722.77) | Total Internal/Transfer Receipts: | ($41,722.77) |
| | | | |
| Total Compensable Disbursements: | $5,282.37 | Total Compensable Disbursements: | $5,282.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,282.37 | Total Comp/Non Comp Disbursements: | $5,282.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-10655-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0358 | | Money Market Acct #: | ******0655 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 4/29/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/26/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $34,632.84 | | $34,632.84 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.28 | | $34,633.12 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.47 | | $34,634.59 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.47 | | $34,636.06 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.42 | | $34,637.48 |
| | | | **TOTALS:** | | $34,637.48 | $0.00 | $34,637.48 |
| | | | **Less: Bank transfers/CDs** | | $34,632.84 | $0.00 | |
| | | | **Subtotal** | | $4.64 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4.64 | $0.00 | |

| For the period of 4/29/2008 to 10/26/2010 | | For the entire history of the account between 06/25/2010 to 10/26/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $4.64 | Total Compensable Receipts: | $4.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4.64 | Total Comp/Non Comp Receipts: | $4.64 |
| Total Internal/Transfer Receipts: | $34,632.84 | Total Internal/Transfer Receipts: | $34,632.84 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 08-10655-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AUGUNAS, ANDRIUS | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0358 | **Money Market Acct #:** | ******0655 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 4/29/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/26/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $41,768.35 | $7,130.87 | $34,637.48 |

**For the period of 4/29/2008 to 10/26/2010**

| | |
|---|---|
| Total Compensable Receipts: | $47,015.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,015.65 |
| Total Internal/Transfer Receipts: | $34,632.84 |
| | |
| Total Compensable Disbursements: | $12,378.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,378.17 |
| Total Internal/Transfer Disbursements: | $34,632.84 |

**For the entire history of the case between 04/29/2008 to 10/26/2010**

| | |
|---|---|
| Total Compensable Receipts: | $47,015.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,015.65 |
| Total Internal/Transfer Receipts: | $34,632.84 |
| | |
| Total Compensable Disbursements: | $12,378.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,378.17 |
| Total Internal/Transfer Disbursements: | $34,632.84 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 08-10655-PSH
Case Name: ANDRIUS AUGUNAS
Trustee Name: David P. Leibowitz

Balance on hand: $34,637.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $34,637.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $5,451.42 | $0.00 | $5,451.42 |
| David P. Leibowitz, Trustee Expenses | $73.76 | $0.00 | $73.76 |
| Lakelaw, Attorney for Trustee Fees | $4,107.50 | $0.00 | $4,107.50 |

Total to be paid for chapter 7 administrative expenses: $9,632.68
Remaining balance: $25,004.80

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $25,004.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,201.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 10 | INTERNAL REVENUE SERVICE | $1,201.96 | $0.00 | $1,201.96 |

                                                                           Total to be paid to priority claims:      $1,201.96  
                                                                                       Remaining balance:      $23,802.84

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $19,435,013.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | 200 West Madison, LLC. | $50,000.00 | $0.00 | $61.23 |
| 2 | CHASE BANK USA | $17,334.32 | $0.00 | $21.23 |
| 3 | American Express Bank FSB | $56,160.20 | $0.00 | $68.78 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $24,161.25 | $0.00 | $29.59 |
| 6 | American Express Centurion Bank | $209.56 | $0.00 | $0.26 |
| 7 | American Express Bank FSB | $8,665.49 | $0.00 | $10.61 |
| 8 | American Express Bank FSB | $7,774.33 | $0.00 | $9.52 |
| 9 | American Express Centurion Bank | $8,265.23 | $0.00 | $10.12 |
| 11 | EREF Mezzanine Fund, LLC | $4,923,179.90 | $0.00 | $6,029.62 |
| 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $53,864.19 | $0.00 | $65.97 |
| 13 | Kenig, Lindgren, O'Hara, Aboona, Inc. | $5,499.25 | $0.00 | $6.74 |
| 14 | Soloventure, INC | $2,300,000.00 | $0.00 | $2,816.90 |
| 15 | First Dupage Bank | $6,567,610.60 | $0.00 | $8,043.62 |
| 16 | VSOP Management and Investments | $1,063,333.35 | $0.00 | $1,302.31 |
| 17 | Athanasopoulos/Marinakis | $1,088,000.00 | $0.00 | $1,332.52 |
| 18 | Sedgwick Properties Dev. Corp. | $333,477.37 | $0.00 | $408.42 |
| 19 | Ariel Weissberg Esq. | $54,287.50 | $0.00 | $66.49 |
| 20 | Northside Community Bank | $2,873,191.20 | $0.00 | $3,518.91 |

                    Total to be paid to timely general unsecured claims:      $23,802.84  
                                                      Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $63,697.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 21 | Hamilton Equity Group LLC | $63,697.10 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00