**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 08-10655-PSH |
|---|---|---|
| | § | |
| ANDRIUS AUGUNAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/23/2010, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/26/2010          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-10655-PSH |
| | § | |
| ANDRIUS AUGUNAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $47,015.65
*and approved disbursements of*     $12,378.17
*leaving a balance on hand of[1]:*     $34,637.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $34,637.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $5,451.42 | $0.00 | $5,451.42 |
| David P. Leibowitz, Trustee Expenses | $73.76 | $0.00 | $73.76 |
| Lakelaw, Attorney for Trustee Fees | $4,107.50 | $0.00 | $4,107.50 |

Total to be paid for chapter 7 administrative expenses:     $9,632.68
Remaining balance:     $25,004.80

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $25,004.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,201.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | INTERNAL REVENUE SERVICE | $1,201.96 | $0.00 | $1,201.96 |

|  | Total to be paid to priority claims: | $1,201.96 |
|---|---|---|
|  | Remaining balance: | $23,802.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,435,013.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | 200 West Madison, LLC. | $50,000.00 | $0.00 | $61.23 |
| 2 | CHASE BANK USA | $17,334.32 | $0.00 | $21.23 |
| 3 | American Express Bank FSB | $56,160.20 | $0.00 | $68.78 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $24,161.25 | $0.00 | $29.59 |
| 6 | American Express Centurion Bank | $209.56 | $0.00 | $0.26 |
| 7 | American Express Bank FSB | $8,665.49 | $0.00 | $10.61 |
| 8 | American Express Bank FSB | $7,774.33 | $0.00 | $9.52 |
| 9 | American Express Centurion Bank | $8,265.23 | $0.00 | $10.12 |
| 11 | EREF Mezzanine Fund, LLC | $4,923,179.90 | $0.00 | $6,029.62 |
| 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $53,864.19 | $0.00 | $65.97 |

**UST-Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 13 | Kenig, Lindgren, O'Hara, Aboona, Inc. | $5,499.25 | $0.00 | $6.74 |
| 14 | Soloventure, INC | $2,300,000.00 | $0.00 | $2,816.90 |
| 15 | First Dupage Bank | $6,567,610.60 | $0.00 | $8,043.62 |
| 16 | VSOP Management and Investments | $1,063,333.35 | $0.00 | $1,302.31 |
| 17 | Athanasopoulos/Marinakis | $1,088,000.00 | $0.00 | $1,332.52 |
| 18 | Sedgwick Properties Dev. Corp. | $333,477.37 | $0.00 | $408.42 |
| 19 | Ariel Weissberg Esq. | $54,287.50 | $0.00 | $66.49 |
| 20 | Northside Community Bank | $2,873,191.20 | $0.00 | $3,518.91 |

Total to be paid to timely general unsecured claims: $23,802.84
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $63,697.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 21 | Hamilton Equity Group LLC | $63,697.10 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST-Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 2                   Date Rcvd: Oct 27, 2010
Case: 08-10655                 Form ID: pdf006             Total Noticed: 74


The following entities were noticed by first class mail on Oct 29, 2010.
db            Andrius Augunas,   Laisves al. 38a-14, 3000 Kaunas,    LITHUANIA
aty           Carrie A Zuniga,   Leibowitz Law Center,   420 West Clayton Street,    Waukegan, IL 60085-4216
aty          +Michael L Ralph, Sr,   Ralph, Schwab & Schiever, Chtd,    175 E Hawthorn Pkwy Ste 345,
               Vernon Hills, IL 60061-1460
aty          +Sara E Lorber,   The Law Office of William J. Factor,   105 W. Madison,   Suite 400,
               Chicago, IL 60602-4678
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
12277053     +200 West Madison, LLC.,   Daniel Almer,   Tishman Speyer,    200 west Madison St., Suite 1130,
               Chicago, IL 60606-3597
12187454      2100 S. Indiana Development Group,    c/o 1171 Lindenwood Dr.,   Winnetka, IL 60093
12187455     +2300 S. Michigan Development Group,    1 E Wacker Drive, Suite 3100,   Chicago, IL 60601-1920
12187456      2800 W. Chicago Development Group,    c/o 1171 Lindenwood Dr.,   Winnetka, IL 60093
12187457     +Alexei Doubovik,   270 East Pearson, #1402,   Chicago, IL 60611-2696
12187458     +American Chartered Bank,   932 W. Randolph St.,    Chicago, IL 60607-2219
12187459     +American Express,   P.O. Box 297812,   Fort Lauderdale, FL 33329-7812
12187461     +American Express,   Customer Service,   P.O. Box 297804,   Fort Lauderdale, FL 33329-7804
12187460     +American Express,   777 American Expressway,    Fort Lauderdale, FL 33337-0002
12187462     +American Express,   Cardmember Information Services,   P.O. Box 981527,    El Paso, TX 79998-1527
12404757      American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12483129      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12589020     +Ariel Weissberg Esq.,   401 S. LaSalle St. Ste. 403,   Chicago, IL 60605-1079
12584465     +Athanasopoulos/Marinakis,   c/o Robert Habib,   77 W. Washington,   Suite 411,
               Chicago, IL 60602-3325
12187463     +Avalon Development Group, LLC,   c/o 1171 Lindenwood Dr.,   Winnetka, IL 60093-3721
12187468    ++++BURKE, BURNS & PINELLI, LTD.,   ATTN: MARY ANN MURRAY,   70 W MADISON ST STE 4300,
               CHICAGO IL 60602-4229
              (address filed with court: Burke, Burns & Pinelli, Ltd.,    Attn: Mary Ann Murray,
               Three First Natl Plaza, Ste. 4300,   Chicago, IL 60602)
12187465      Bank of America,   P.O. Box 15480,   Wilmington, DE 19850
12187466     +Bank of America,   P.O. Box 2463,   Spokane, WA 99210-2463
12187464     +Bank of America,   P.O. Box 53101,   Phoenix, AZ 85072-3101
12187467     +Barack Ferrazzano Kirschbaum, et al,   Attn: Howard Nagelberg,    200 W. Madison, Suite 3900,
               Chicago, IL 60606-3459
12388796     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349628      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
12187469     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12187470     +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
12187471     +Codilis & Associates,   Ref: 14-08-06364,   15W030 N. Frontage Rd., Ste. 100,
               Burr Ridge, IL 60527-6921
12187472     +Countywide Home Loans, Inc. (p),    MSN 314B,   P.O. Box 5170,   Simi Valley, CA 93062-5170
12187473     +Crowley Barrett & Karaba, Ltd.,   Attn: Tonya Parravano,   20 S. Clark St., Ste. 2310,
               Chicago, IL 60603-1806
12532248     +EREF Mezzanine Fund, LLC,   c/o William Choslovsky,   DLA Piper US LLP,
               203 N. LaSalle St., Suite 1900,   Chicago, IL 60601-1263
12187476     +EREF Mezzanine Fund, LLC,   Attn: Michael W. Husman,   1200 N. Ashland Ave., Ste. 600,
               Chicago, IL 60622-8311
12187474     +East Bank Club,   500 N. Kingsbury Street,   Chicago, IL 60654-5799
12187475     +Edita Auguniene,   1171 Lindenwood Dr.,   Winnetka, IL 60093-3721
12187477     +Fifth Third Bank,   P.O. Box 630412,   Cincinnati, OH 45263-0412
12583823     +First DuPage Bank,   c/o William Serritella,   33 North Wabash Ste 1700,
               Chicago, IL 60602-4718
12187478     +First Dupage Bank,   Attn: Loan Department,   520 North Cass Avenue,   Westmont, IL 60559-1500
16328742     +First Midwest Bank,   c/o William J. Serritella, Jr.,   330 N. Wabash, Suite 1700,
               Chicago, Illinois 60611-7765
12187480     +HSBC Bank, USA,   c/o O’Malley & Madden, P.C.,   542 S. Dearborn St., Ste. 660,
               Chicago, IL 60605-1508
13803365     +Hamilton Equity Group LLC,   Laurie A France,   Po Box 201,   Buffalo, NY 14201-0201
12187483    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service (p),   Centralized Insolvency Operations,
               P.O. Box 21126,   Philadelphia, PA 19114)
12187481      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
12187482     +IndyMac Bank, F.S.B.,   Attn: Homebuilder Division,   155 North Lake Avenue, LK11-19,
               Pasadena, CA 91101-1848
12187484     +Jackson Avenue Heights, LLC,   c/o 1171 Lindenwood Dr.,   Winnetka, IL 60093-3721
12575876     +Kenig, Lindgren, O’Hara, Aboona, Inc.,   9575 W. Higgins Road, Suite 400,
               Rosemont, IL 60018-4915
12187485     +Lippitz Orthodontics,   7070 N. Western Ave.,   Chicago, IL 60645-3467
12187487     +MB Financial Bank, N.A.,   6111 North River Road,   Rosemont, IL 60018-5158
12421302     +MB Financial Bank, NA,   6111 N. RIver Road, 9th Floor,   Rosemont, IL 60018-5158
12187486     +MasterCall Communications,   50 Broadway, Suite 1109,   New York, NY 10004-3836
12187489     +Mercedes-Benz Financial,   Attn: Payoff-9001886,   6716 Grade Ln., Bldg 9, Ste. 910,
               Louisville, KY 40213-3410
12187488     +Mercedes-Benz Financial,   P.O. Box 9001886,   Louisville, KY 40290-1886
12187490     +Neiman Marcus,   P.O. Box 720848,   Dallas, TX 75372-0848
12187491     +Northside Community Bank,   Attn: Ms. Courtney A. Clausen,   1155 Milwaukee Ave.,
               Riverwoods, IL 60015-3515
12187492     +Northside Community Bank,   c/o Kalcheim Haber, LLP/J. Ross,   134 N. LaSalle St., Ste. 2100,
               Chicago, IL 60602-1124
12187493     +Peter Wall,   Petacque & Wall, LLC,   1200 N. Ashland Ave., Ste. 600,   Chicago, IL 60622-8311
12187494     +Prestige Leasing,   88 E. Dundee Road,   Buffalo Grove, IL 60089-4384
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2              Date Rcvd: Oct 27, 2010
Case: 08-10655                Form ID: pdf006             Total Noticed: 74

12187495     +Robert N. Sodikoff, Esq.,    Aronberg, Goldgehn, Davis & Garmisa,    330 N. Wabash, Suite 3000,
               Chicago, IL 60611-3699
12187496     +Rokas International, Inc.,    c/o 1171 Lindenwood Dr.,    Winnetka, IL 60093-3721
12187497     +Saks Fifth Avenue Credit Card Inqui,    P.O. Box 10327,    Jackson, MS 39289-0327
12187498     +Sedgwick Properties Dev. Corp.,    1525 W. Homer St., Ste. 401,    Chicago, IL 60642-1296
12187499     +Sedgwick Properties Dev. Corp.,    Thompson Coburn LLP/G. Keysor, Esq.,
               55 E. Monroe St., 40th Floor,    Chicago, IL 60603-5713
12187500     +Soloventure, Inc.,    c/o Alexander Domanskis,    205 N. Michigan Ave., Ste. 4307,
               Chicago, IL 60601-5925
12187501     +Soloventure, Inc.,    c/o David Cohen,    55 West Madison St, Ste 600,    Chicago, IL 60602
12187502     +VSOP Management and Investments,    c/o Ariel Weisberg,    401 S Lasalle St Ste 403,
               Chicago, IL 60605-1079
12584113     +VSOP Management and Investments, Inc.,    601 Skokie Blvd., Suite 503,    Northbrook, IL 60062-2821
12187503     +Washington Mutual Bank,    Loss Mitigation Department,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
12187504     +Weissberg and Associates, Ltd.,    Attn: Ariel Weissberg, Esq.,    401 S. LaSalle St., Ste. 403,
               Chicago, IL 60605-2993
12187505     +William S. Schwartz,    Levenfeld Pearlstein, LLC,    400 Skokie Blvd., Ste. 700,
               Northbrook, IL 60062-7934
12187506     +Zev Karkomi,    Two North LaSalle St., Ste. 725,    Chicago, IL 60602-4047
The following entities were noticed by electronic transmission on Oct 27, 2010.
12571665     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2010 03:00:35
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12187479     +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
               Mail Stop S-115-3,    5151 Corporate Dr.,    Troy, MI 48098-2639
12478075      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
12485395*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12485396*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12485397*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**               **Signature:**   _/s/ Joseph Speetjens_