**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-10655-PSH |
| | § | |
| ANDRIUS AUGUNAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,026,500.00 | Assets Exempt: | $4,500.00 |
| Total Distributions to Claimants: | $25,532.69 | Claims Discharged Without Payment: | $20,395,474.44 |
| Total Expenses of Administration: | $21,485.85 | | |

   3)   Total gross receipts of $47,018.54  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $47,018.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $68,022,581.77 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $22,010.85 | $21,485.85 | $21,485.85 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,201.96 | $1,201.96 | $1,201.96 |
| General Unsecured Claims (from **Exhibit 7**) | $13,986,335.99 | $19,498,710.84 | $19,498,710.84 | $24,330.73 |
| **Total Disbursements** | $82,008,917.76 | $19,521,923.65 | $19,521,398.65 | $47,018.54 |

   4). This case was originally filed under chapter 7 on 04/29/2008. The case was pending for 39 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 07/12/2011            By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 5.49 Carat Round Brillian Cut Diamond | 1229-000 | $47,000.00 |
| Interest Earned | 1270-000 | $18.54 |
| **TOTAL GROSS RECEIPTS** | | **$47,018.54** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexei Doubovik | 4110-000 | $500,000.00 | NA | $0.00 | $0.00 |
| | American Chartered Bank | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | American Chartered Bank | 4110-000 | $6,100,000.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans, Inc. (p) | 4110-000 | $200,000.00 | NA | $0.00 | $0.00 |
| | Equibase Capital Group, LLC | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $336,250.00 | NA | $0.00 | $0.00 |
| | First Dupage Bank | 4110-000 | $6,075,000.00 | NA | $0.00 | $0.00 |
| | First Dupage Bank | 4110-000 | $15,776,000.00 | NA | $0.00 | $0.00 |
| | Flagstar Bank | 4110-000 | $500,000.00 | NA | $0.00 | $0.00 |
| | IndyMac Bank, F.S.B. | 4110-000 | $25,305,356.00 | NA | $0.00 | $0.00 |
| | Lenet Crestani Tallman Design Grp | 4110-000 | $3,385.00 | NA | $0.00 | $0.00 |
| | MB Financial Bank, N.A. | 4110-000 | $30,554.89 | NA | $0.00 | $0.00 |
| | Mercedes-Benz Financial | 4110-000 | $50,000.00 | NA | $0.00 | $0.00 |
| | Northside Community Bank | 4110-000 | $4,900,000.00 | NA | $0.00 | $0.00 |
| | Northside Community Bank | 4110-000 | $2,980,974.60 | NA | $0.00 | $0.00 |
| | Prestige Leasing | 4110-000 | $0.00 | NA | $0.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Pro MC Construction, Inc. | 4110-000 | $25,200.00 | NA | $0.00 | $0.00 |
| VSOP Management and Investments | 4110-000 | $1,000,000.00 | NA | $0.00 | $0.00 |
| Washington Mutual Bank | 4110-000 | $3,039,861.28 | NA | $0.00 | $0.00 |
| Zev Karkomi | 4110-000 | $200,000.00 | NA | $0.00 | $0.00 |
| Zev Karkomi | 4110-000 | $1,000,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $68,022,581.77 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $5,451.42 | $5,451.42 | $5,451.42 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $73.76 | $73.76 | $73.76 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $35.07 | $35.07 | $35.07 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,107.50 | $3,582.50 | $3,582.50 |
| The Law Office of William J. Factor, Ltd, Special Counsel for Trustee | 3210-600 | NA | $6,450.00 | $6,450.00 | $6,450.00 |
| The Law Office of William J. Factor, Ltd, Special Counsel for Trustee | 3220-610 | NA | $645.80 | $645.80 | $645.80 |
| Finer of Jewelry Inc/ Atalie Finer 10% Commission, Personal Property Broker for Trustee | 3991-500 | NA | $5,247.30 | $5,247.30 | $5,247.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $22,010.85 | $21,485.85 | $21,485.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $1,201.96 | $1,201.96 | $1,201.96 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ashley Engleman | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Courtland Townsley | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Erin Sarsfield | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Florida Department of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Illinois Department of Revenue (p) | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Jenna Coghill | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Nina Bucciarelli | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Rada Babayeva | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Sara Minette | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Sean Carney | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Vicki Lando | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Whitney Smith | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,201.96 | $1,201.96 | $1,201.96 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | 200 West Madison, LLC. | 7100-000 | NA | $50,000.00 | $50,000.00 | $62.61 |
| 11 | EREF Mezzanine Fund, LLC | 7100-000 | $4,200,000.00 | $4,923,179.90 | $4,923,179.90 | $6,163.33 |
| 13 | Kenig, Lindgren, O'Hara, Aboona, Inc. | 7100-000 | NA | $5,499.25 | $5,499.25 | $6.88 |
| 14 | Soloventure, INC | 7100-000 | $1,500,000.00 | $2,300,000.00 | $2,300,000.00 | $2,879.37 |
| 15 | First Dupage Bank | 7100-000 | $6,868,725.00 | $6,567,610.60 | $6,567,610.60 | $8,222.00 |
| 16 | VSOP Management and Investments | 7100-000 | NA | $1,063,333.35 | $1,063,333.35 | $1,331.19 |
| 17 | Athanasopoulos/ Marinakis | 7100-000 | NA | $1,088,000.00 | $1,088,000.00 | $1,362.07 |
| 20 | Northside Community Bank | 7100-000 | NA | $2,873,191.20 | $2,873,191.20 | $3,596.95 |
| 21 | Hamilton Equity Group LLC | 7200-000 | NA | $63,697.10 | $63,697.10 | $0.00 |
| | Adrian Smith + Gordon Gill Energy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Alexander Narod | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Allstate Insurance Company | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| | American Express Bank FSB | 7100-000 | $7,951.31 | $8,665.49 | $8,665.49 | $10.85 |
| | American Express Bank FSB | 7100-000 | $7,500.00 | $7,774.33 | $7,774.33 | $9.73 |
| | American Express Bank FSB | 7100-000 | $51,462.93 | $56,160.20 | $56,160.20 | $70.31 |
| | American Express Centurion Bank | 7100-000 | $7,654.87 | $8,265.23 | $8,265.23 | $10.35 |
| | Amnet Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| | At World Properties, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Azulay, Horn & Seiden, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $5,110.00 | NA | NA | $0.00 |
| | Blancomet, LLC | 7100-000 | $12,000.00 | NA | NA | $0.00 |
| | Blue Cross Blue Shield of Illinois | 7100-000 | $8,061.70 | NA | NA | $0.00 |
| | Carol Stubblefield | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $1,161.00 | NA | NA | $0.00 |
| | CHASE BANK USA | 7100-000 | $0.00 | $17,334.32 | $17,334.32 | $21.71 |
| | Chicago Department of Revenue | 7100-000 | $4,200.00 | NA | NA | $0.00 |
| | Chris Athanasopoulos | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; American Express Centurion Bank) | 7100-001 | $250.00 | $209.56 | $209.56 | $0.26 |
| | Cook County Treasurer | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CRF Marketing, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CT Corporation System | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Daniel R. Bronson | 7100-000 | $0.00 | NA | NA | $0.00 |
| | DeMolux | 7100-000 | $16,694.50 | NA | NA | $0.00 |
| | Dish Network | 7100-000 | $180.94 | NA | NA | $0.00 |
| | Dmitriy Meleshko | 7100-000 | $0.00 | NA | NA | $0.00 |
| | East Bank Club | 7100-000 | $616.53 | NA | NA | $0.00 |
| | Edita Auguniene | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| a/k/a Eleni Interiors, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Equity Marketing Services, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $0.00 | $53,864.19 | $53,864.19 | $67.43 |
| Firestar Communications, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fitzgerald Associates Architects PC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Frankel, Giles & Associates, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gloria Bodin | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hanna Architects, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| HSBC Bank, USA | 7100-000 | $64,192.07 | NA | NA | $0.00 |
| Jeffrey M. Clauser | 7100-000 | $0.00 | NA | NA | $0.00 |
| Jurgis Augunas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Keith J. Segal | 7100-000 | $0.00 | NA | NA | $0.00 |
| Koenig & Strey LLC/GMAC Real Estate | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kotryna Augunaite | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lawrence M. Freedman | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lippitz Orthodontics | 7100-000 | $3,100.00 | NA | NA | $0.00 |
| Mario A. Moreno | 7100-000 | $0.00 | NA | NA | $0.00 |
| MasterCall Communications | 7100-000 | $70.19 | NA | NA | $0.00 |
| MH Dezign, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Michael D. Norris | 7100-000 | $0.00 | NA | NA | $0.00 |
| Neal and Leroy, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Neiman Marcus | 7100-000 | $0.00 | NA | NA | $0.00 |
| North Shore Gas | 7100-000 | $139.12 | NA | NA | $0.00 |
| Office of the Clerk United States Bankruptcy Court (Claim No. 18; Sedgwick | 7100-001 | $400,500.00 | $333,477.37 | $333,477.37 | $417.48 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Properties Dev. Corp.) | | | | | |
| Office of the Clerk United States Bankruptcy Court (Claim No. 19; Ariel Weissberg Esq.) | 7100-001 | $0.00 | $54,287.50 | $54,287.50 | $67.96 |
| Otherwise, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $21,197.55 | $24,161.25 | $24,161.25 | $30.25 |
| Riha Design Group, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| RL Agency, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rokas Augunas | 7100-000 | $0.00 | NA | NA | $0.00 |
| Saks Fifth Avenue Credit Card Inqui | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sara Whiteley Design, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Soloventure, Inc. | 7100-000 | $800,000.00 | NA | NA | $0.00 |
| Taylor Johnson & Olesker, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Guardian Life Insurance Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tishman Construction Corp. of IL | 7100-000 | $0.00 | NA | NA | $0.00 |
| Turtol, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| U.S. Bank Cardmember Services (p) | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| Veronika Sharafutdinova | 7100-000 | $0.00 | NA | NA | $0.00 |
| Village of Winnetka | 7100-000 | $568.28 | NA | NA | $0.00 |
| William Rudnick | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $13,986,335.99 | $19,498,710.84 | $19,498,710.84 | $24,330.73 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 08-10655-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | Date Filed (f) or Converted (c): | 04/29/2008 (f) |
| For the Period Ending: | 7/12/2011 | §341(a) Meeting Date: | 05/22/2008 |
| | | Claims Bar Date: | 09/08/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Unscheduled Asset- TILA (u) | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | Possible TILA | | | | | |
| 2 | Real Estate | $1,950,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 1171 Lindenwood Drive, Winnetka IL 60093 | | | | | |
| 3 | CASH ON HAND | $200.00 | $200.00 | DA | $0.00 | FA |
| 4 | BANK ACCOUNTS | $200.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | 0917062531 | | | | | |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| Asset Notes: | Bedroom #1 furniture, Sony tv, Sony desktop computer printer | | | | | |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | $1,025.00 | $1,025.00 | DA | $0.00 | FA |
| Asset Notes: | Child bedroom #2 furniture, electronics | | | | | |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | $3,675.00 | $3,675.00 | DA | $0.00 | FA |
| Asset Notes: | Bedroom #3 childs room | | | | | |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | $1,625.00 | $1,625.00 | DA | $0.00 | FA |
| Asset Notes: | Bedroom #5 master bedroom | | | | | |
| 9 | BOOKS AND ART OBJECTS | $600.00 | $600.00 | DA | $0.00 | FA |
| Asset Notes: | Library, books, | | | | | |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS | $31,500.00 | $31,500.00 | DA | $0.00 | FA |
| Asset Notes: | Basement home theatre system | | | | | |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 | $2,500.00 | DA | $0.00 | FA |
| Asset Notes: | Family room furniture | | | | | |
| 12 | BOOKS AND ART OBJECTS | $150.00 | $150.00 | DA | $0.00 | FA |
| Asset Notes: | CD's, Ipod nano | | | | | |
| 13 | WEARING APPAREL | $500.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Mens wearing apparel | | | | | |
| 14 | FURS AND JEWELRY | $5,000.00 | Unknown | DA | $0.00 | FA |
| Asset Notes: | Hublot Watch Purchased for 12k current market value unknown trustee return watch to debtor though his attorney | | | | | |
| 15 | FIREARMS AND HOBBY EQUIPMENT | $25.00 | $25.00 | DA | $0.00 | FA |
| Asset Notes: | 1 digital pocket camera | | | | | |
| 16 | FIREARMS AND HOBBY EQUIPMENT | $125.00 | $125.00 | DA | $0.00 | FA |
| Asset Notes: | Childrens bicycles 3 | | | | | |
| 17 | FIREARMS AND HOBBY EQUIPMENT | $125.00 | $125.00 | DA | $0.00 | FA |
| Asset Notes: | 2 tennis racquets | | | | | |
| 18 | FIREARMS AND HOBBY EQUIPMENT | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| Asset Notes: | Two adult bicycles apx 3 years old. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 08-10655-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | Date Filed (f) or Converted (c): | 04/29/2008 (f) |
| For the Period Ending: | 7/12/2011 | §341(a) Meeting Date: | 05/22/2008 |
| | | Claims Bar Date: | 09/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 10 mil in term life insurance policy no cash surrender value, Guardian Life Insurance Co., 3900 Burgess Place, Bethlehem PA 18017 No. 6007835 ref # N917E. Andrius is the insured. | | | | | |
| 20 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Avalon Development Group LLC 58% membership interest, 42% is owned by AM1 Realty LLC- Agent vacated. | | | | | |
| 21 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 224 S. Oakley Development Group LLC 100% membership interest- not in good standing | | | | | |
| 22 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2100 S. Indiana Development Group LLC 100% membership interest- not in good standing | | | | | |
| 23 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2300 S. Michigan Development Group, LLC 100% membership interest | | | | | |
| 24 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2800 W. Chicago Development Group LLC, 100% membership interest- currently in good standing | | | | | |
| 25 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Arena Center, LLC 100% membership interest- currently in good standing. | | | | | |
| 26 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Jackson Avenue Heights LLC 100% membership interest- status in unknown | | | | | |
| 27 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Rokas Intl. Florida Corp. foreign corp authorized to do business in IL, 500 shares of stock- currently in good standing. | | | | | |
| 28 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Rokas Tower and Private Residences LLC 50% membership interest owned by 2020 South Prairie Dev LLC, 50% membership interest owned by Solo Venture. status unknown. | | | | | |
| 29 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Franklin Point Group LLC, 100 % membership Interest, managed by Rokas Intl. in July 2007 currently in good standing. | | | | | |
| 30 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Franklin Point Dev LLC, 100% membership interest managed by Augunas in July 2007 in goodstanding. | | | | | |
| 31 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Franklin Point Dev LLC, Organized Feb 2007 100% membership interest not in good standing. | | | | | |
| 32 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2020 S. Prairie Dev. LLC Organized on June 2006, 100% membership interest- agent vacated. | | | | | |
| 33 STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Harrison & Wells LLC 33 1/3% membership owned by Franklin Point and 66 2/3 % owned by Kar H & W LLC Organized in Aug 2007 | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 08-10655-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | Date Filed (f) or Converted (c): | 04/29/2008 (f) |
| For the Period Ending: | 7/12/2011 | §341(a) Meeting Date: | 05/22/2008 |
| | | Claims Bar Date: | 09/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| currently in good standing | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 34 | STOCK AND BUSINESS INTERESTS | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | 2312 West Jackson Group LLC 100% membership interest voluntariy dissolved in May 2006. | | | | | |
| 35 | TAX REFUNDS | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | 2007 tax return filing pending and tax/refund unascertainable at present time. No tax refund as far trustee is concerned. | | | | | |
| 36 | AUTOMOBILES AND OTHER VEHICLES | $25,000.00 | $25,000.00 | DA | $0.00 | FA |
| Asset Notes: | 2006 Merecedes Benz R350 (leased to Rokas Intl. Inc.) debt of Rokas Int. for which debtor may have personal liability located at residence. | | | | | |
| 37 | AUTOMOBILES AND OTHER VEHICLES | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | 2006 Mercedes Benz CL550 located at residence. Unknown value. | | | | | |
| 38 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | $750.00 | $750.00 | DA | $0.00 | FA |
| Asset Notes: | gateway laptop and laser printer. | | | | | |
| 39 | Animal | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | spayed female Westie | | | | | |
| 40 | Other | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | Membership in East Bank Club, membership may have been cancelled by creditor. | | | | | |
| 41 | 5.49 Carat Round Brillian Cut Diamond (u) | $0.00 | $47,000.00 | | $47,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $18.54 | FA |

**TOTALS (Excluding unknown value)**                                                                                  **Gross Value of Remaining Assets**

$2,026,500.00       $117,800.00                                $47,018.54       $0.00

**Major Activities affecting case closing:**

Review records

Review Real Estate Records

Beth to take possession of records; catalog

Beth to gather info re computers; take possession contact DPL re analysis

Beth to gather info re transfers into Mr. Augunas, Auguniene

2004 exams re such real estate

Hiring Bill Factor as special counsel 07/31/09 DPL

Sold diamond ring

Ring sold  Factor hired  $40,000 in estate.12/31/09DPL

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/22/2009 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | DAVID LEIBOWITZ | |

Page No: 1
Case 08-10655   Doc 89   Filed 11/21/11   Entered 11/21/11 17:32:52   Desc Main
                         Document      Page 12 of 18
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| **Case No.** | 08-10655-PSH | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | AUGUNAS, ANDRIUS | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******0358 | | | **Money Market Acct #:** | ******2565 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 4/29/2008 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********2565 | 9999-000 | $41,722.77 | | $41,722.77 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.00 | | $41,724.77 |
| 05/18/2010 | 11002 | The Law Office of William J. Factor, Ltd | Fees granted per court order entered on 04/16/2010 | 3210-600 | | $6,450.00 | $35,274.77 |
| 05/18/2010 | 11003 | The Law Office of William J. Factor, Ltd | Reimb. Expenses granted per court order entered on 04/16/2010 | 3220-610 | | $645.80 | $34,628.97 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.41 | | $34,631.38 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $1.46 | | $34,632.84 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $34,632.84 | $0.00 |
| | | | **TOTALS:** | | $41,728.64 | $41,728.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $41,722.77 | $34,632.84 | |
| | | | **Subtotal** | | $5.87 | $7,095.80 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5.87 | $7,095.80 | |

| For the period of 4/29/2008 to 7/12/2011 | | For the entire history of the account between 04/06/2010 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5.87 | Total Compensable Receipts: | $5.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5.87 | Total Comp/Non Comp Receipts: | $5.87 |
| Total Internal/Transfer Receipts: | $41,722.77 | Total Internal/Transfer Receipts: | $41,722.77 |
| | | | |
| Total Compensable Disbursements: | $7,095.80 | Total Compensable Disbursements: | $7,095.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,095.80 | Total Comp/Non Comp Disbursements: | $7,095.80 |
| Total Internal/Transfer Disbursements: | $34,632.84 | Total Internal/Transfer Disbursements: | $34,632.84 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-10655-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | AUGUNAS, ANDRIUS | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******0358 | **Money Market Acct #:** ******2565 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 4/29/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2010 | | Finer Jewelry, Inc | | * | $41,752.70 | | $41,752.70 |
| | {41} | | $47,000.00 | 1229-000 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer 10% Commission $(4,700.00) | 3991-500 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer GIA Certification $(472.00) | 3991-500 | | | $41,752.70 |
| | | | Finer of Jewelry Inc/ Atalie Finer Shipping of the Diamond $(75.30) | 3991-500 | | | $41,752.70 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.41 | | $41,754.11 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.58 | | $41,755.69 |
| 03/04/2010 | 1001 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $35.07 | $41,720.62 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.87 | | $41,722.49 |
| 04/06/2010 | | Wire out to BNYM account ********2565 | Wire out to BNYM account ********2565 | 9999-000 | ($41,722.77) | | ($0.28) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.28 | | $0.00 |
| | | | **TOTALS:** | | $35.07 | $35.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($41,722.77) | $0.00 | |
| | | | **Subtotal** | | $41,757.84 | $35.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $41,757.84 | $35.07 | |

| **For the period of 4/29/2008 to 7/12/2011** | | **For the entire history of the account between 01/04/2010 to 7/12/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $47,005.14 | Total Compensable Receipts: | $47,005.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,005.14 | Total Comp/Non Comp Receipts: | $47,005.14 |
| Total Internal/Transfer Receipts: | ($41,722.77) | Total Internal/Transfer Receipts: | ($41,722.77) |
| | | | |
| Total Compensable Disbursements: | $5,282.37 | Total Compensable Disbursements: | $5,282.37 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,282.37 | Total Comp/Non Comp Disbursements: | $5,282.37 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 3
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Case 08-10655   Doc 89   Filed 11/21/11   Entered 11/21/11 17:32:52   Desc Main
Document      Page 14 of 18

| Case No. | 08-10655-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0358 | | Checking Acct #: | ******0655 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/29/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2010 | | Transfer From: #******0655 | | 9999-000 | $34,640.37 | | $34,640.37 |
| 12/01/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $5,451.42 | $29,188.95 |
| 12/01/2010 | 2002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $73.76 | $29,115.19 |
| 12/01/2010 | 2003 | Lakelaw | Claim #: ; Amount Claimed: 4,107.50; Amount Allowed: 3,582.50; Distribution Dividend: 100.00; | 3110-000 | | $3,582.50 | $25,532.69 |
| 12/01/2010 | 2004 | INTERNAL REVENUE SERVICE | Claim #: 10; Amount Claimed: 1,201.96; Amount Allowed: 1,201.96; Distribution Dividend: 100.00; | 5800-000 | | $1,201.96 | $24,330.73 |
| 12/01/2010 | 2005 | 200 West Madison, LLC. | Claim #: 1; Amount Claimed: 50,000.00; Amount Allowed: 50,000.00; Distribution Dividend: 0.13; | 7100-000 | | $62.61 | $24,268.12 |
| 12/01/2010 | 2006 | CHASE BANK USA | Claim #: 2; Amount Claimed: 17,334.32; Amount Allowed: 17,334.32; Distribution Dividend: 0.13; | 7100-000 | | $21.71 | $24,246.41 |
| 12/01/2010 | 2007 | American Express Bank FSB | Claim #: 3; Amount Claimed: 56,160.20; Amount Allowed: 56,160.20; Distribution Dividend: 0.13; | 7100-000 | | $70.31 | $24,176.10 |
| 12/01/2010 | 2008 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 24,161.25; Amount Allowed: 24,161.25; Distribution Dividend: 0.13; | 7100-000 | | $30.25 | $24,145.85 |
| 12/01/2010 | 2009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.26 | $24,145.59 |
| | | | Claim Amount         $(0.26) | 7100-001 | | | $24,145.59 |
| 12/01/2010 | 2010 | American Express Bank FSB | Claim #: 7; Amount Claimed: 8,665.49; Amount Allowed: 8,665.49; Distribution Dividend: 0.13; | 7100-000 | | $10.85 | $24,134.74 |
| 12/01/2010 | 2011 | American Express Bank FSB | Claim #: 8; Amount Claimed: 7,774.33; Amount Allowed: 7,774.33; Distribution Dividend: 0.13; | 7100-000 | | $9.73 | $24,125.01 |
| 12/01/2010 | 2012 | American Express Centurion Bank | Claim #: 9; Amount Claimed: 8,265.23; Amount Allowed: 8,265.23; Distribution Dividend: 0.13; | 7100-000 | | $10.35 | $24,114.66 |
| 12/01/2010 | 2013 | EREF Mezzanine Fund, LLC | Claim #: 11; Amount Claimed: 4,923,179.90; Amount Allowed: 4,923,179.90; Distribution Dividend: 0.13; | 7100-000 | | $6,163.33 | $17,951.33 |
| 12/01/2010 | 2014 | FIA CARD SERVICES, N.A./BANK OF | Claim #: 12; Amount Claimed: 53,864.19; Amount Allowed: 53,864.19; Distribution Dividend: 0.13; | 7100-000 | | $67.43 | $17,883.90 |
| 12/01/2010 | 2015 | Kenig, Lindgren, O'Hara, Aboona, Inc. | Claim #: 13; Amount Claimed: 5,499.25; Amount Allowed: 5,499.25; Distribution Dividend: 0.13; | 7100-000 | | $6.88 | $17,877.02 |

**SUBTOTALS**   $34,640.37   $16,763.35

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-10655-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AUGUNAS, ANDRIUS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0358 | Checking Acct #: | ******0655 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/29/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2010 | 2016 | Soloventure, INC | Claim #: 14; Amount Claimed: 2,300,000.00; Amount Allowed: 2,300,000.00; Distribution Dividend: 0.13; | 7100-000 | | $2,879.37 | $14,997.65 |
| 12/01/2010 | 2017 | First Dupage Bank | Claim #: 15; Amount Claimed: 6,567,610.60; Amount Allowed: 6,567,610.60; Distribution Dividend: 0.13; | 7100-000 | | $8,222.00 | $6,775.65 |
| 12/01/2010 | 2018 | VSOP Management and Investments | Claim #: 16; Amount Claimed: 1,063,333.35; Amount Allowed: 1,063,333.35; Distribution Dividend: 0.13; | 7100-000 | | $1,331.19 | $5,444.46 |
| 12/01/2010 | 2019 | Athanasopoulos/Marinakis | Claim #: 17; Amount Claimed: 1,088,000.00; Amount Allowed: 1,088,000.00; Distribution Dividend: 0.13; | 7100-000 | | $1,362.07 | $4,082.39 |
| 12/01/2010 | 2020 | Sedgwick Properties Dev. Corp. | Claim #: 18; Amount Claimed: 333,477.37; Amount Allowed: 333,477.37; Distribution Dividend: 0.13; | 7100-000 | | $417.48 | $3,664.91 |
| 12/01/2010 | 2021 | Ariel Weissberg Esq. | Claim #: 19; Amount Claimed: 54,287.50; Amount Allowed: 54,287.50; Distribution Dividend: 0.13; | 7100-000 | | $67.96 | $3,596.95 |
| 12/01/2010 | 2022 | Northside Community Bank | Claim #: 20; Amount Claimed: 2,873,191.20; Amount Allowed: 2,873,191.20; Distribution Dividend: 0.13; | 7100-000 | | $3,596.95 | $0.00 |
| 04/29/2011 | 2021 | STOP PAYMENT: Ariel Weissberg Esq. | Claim #: 19; Amount Claimed: 54,287.50; Amount Allowed: 54,287.50; Distribution Dividend: 0.13; | 7100-004 | | ($67.96) | $67.96 |
| 05/03/2011 | 2020 | STOP PAYMENT: Sedgwick Properties Dev. | Stop Payment for Check# 2020 | 7100-004 | | ($417.48) | $485.44 |
| 05/03/2011 | 2023 | Office of the Clerk United States Bankruptcy Court | unclaimed funds. | * | | $485.44 | $0.00 |
| | | | | $(417.48) | 7100-001 | | $0.00 |
| | | | | $(67.96) | 7100-001 | | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $17,877.02 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 08-10655-PSH | |
| **Case Name:** | AUGUNAS, ANDRIUS | |
| **Primary Taxpayer ID #:** | ******0358 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/29/2008 | |
| **For Period Ending:** | 7/12/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******0655 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $34,640.37 | $34,640.37 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $34,640.37 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $34,640.37 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $34,640.37 | |

**For the period of 4/29/2008 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $34,640.37 |
| | |
| Total Compensable Disbursements: | $34,640.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,640.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/23/2010 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $34,640.37 |
| | |
| Total Compensable Disbursements: | $34,640.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,640.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 08-10655-PSH | |
| **Case Name:** | AUGUNAS, ANDRIUS | |
| **Primary Taxpayer ID #:** | ******0358 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/29/2008 | |
| **For Period Ending:** | 7/12/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0655 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $34,632.84 | | $34,632.84 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.28 | | $34,633.12 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.47 | | $34,634.59 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.47 | | $34,636.06 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.42 | | $34,637.48 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.47 | | $34,638.95 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.42 | | $34,640.37 |
| 12/01/2010 | | Transfer To: #******0655 | | 9999-000 | | $34,640.37 | $0.00 |
| | | | **TOTALS:** | | $34,640.37 | $34,640.37 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $34,632.84 | $34,640.37 | |
| | | | **Subtotal** | | $7.53 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7.53 | $0.00 | |

**For the period of 4/29/2008 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7.53 |
| Total Internal/Transfer Receipts: | $34,632.84 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $34,640.37 |

**For the entire history of the account between 06/25/2010 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7.53 |
| Total Internal/Transfer Receipts: | $34,632.84 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $34,640.37 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-10655-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | AUGUNAS, ANDRIUS | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******0358 | **Money Market Acct #:** ******0655 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 4/29/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $41,771.24 | $41,771.24 | $0.00 |

| For the period of 4/29/2008 to 7/12/2011 | | For the entire history of the case between 04/29/2008 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $47,018.54 | Total Compensable Receipts: | $47,018.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,018.54 | Total Comp/Non Comp Receipts: | $47,018.54 |
| Total Internal/Transfer Receipts: | $69,273.21 | Total Internal/Transfer Receipts: | $69,273.21 |
| | | | |
| Total Compensable Disbursements: | $47,018.54 | Total Compensable Disbursements: | $47,018.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,018.54 | Total Comp/Non Comp Disbursements: | $47,018.54 |
| Total Internal/Transfer Disbursements: | $69,273.21 | Total Internal/Transfer Disbursements: | $69,273.21 |